# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MELVIN G. HAWKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 4:10-cv-00017-CLS-PWG |
| | ) |
| **ST. CLAIR COUNTY SHERIFF'S** | ) |
| **DEP'T.** *et al*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 14, 2010, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on July 27 and 30, 2010.

The plaintiff's objections are wholly without merit with respect to the magistrate judge's findings regarding his Fourth Amendment claims. The plaintiff's objections are also without merit with respect to his Eighth Amendment claim arising from events at the St. Clair County Jail. However, the court deems it appropriate to respond to the plaintiff's allegation that the defendants were provided "specific medical orders" by the Callahan Eye Foundation Hospital regarding his after-surgery care, and the implication that jail officials defied those orders. (Doc. no. 15 at 5). In

support of this allegation, the plaintiff supplies copies of discharge summary records from the hospital dated January 6, 2008 (doc. no. 15-1 at 2), and January 31, 2008. (Doc. no. 15-1 at 6). However, under the paragraph entitled "INSTRUCTIONS TO PATIENT AND FAMILY," the plaintiff is simply directed in general terms to "avoid any strenuous activity" and to "avoid bending, lifting or straining." *Id*. He was also instructed to wear a shield over his eye at bedtime. Nothing in those documents specifically instructs jail personnel to segregate the plaintiff from the general jail population, or to provide any form of protected living arrangements, nor is there any warning that the plaintiff was in a *particularly* susceptible or vulnerable physical condition at the time of his discharge.[1] Therefore, the magistrate judge was correct in finding that the plaintiff had failed to plead specific facts which show that the defendants were deliberately indifferent.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. This action is therefore due to be dismissed without prejudice pursuant to 28 U.S.C. §

---

[1] Included with the plaintiff's objections are the plaintiff's "Motion for Injunction -Video" (Doc. no. 16) and "Motion for Injunction - Medical Records." (Doc. no. 17). Pursuant to the above discussion, these motions are **DENIED AS MOOT**.

1915A(b)(1), for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 3rd day of November, 2010.

_____
United States District Judge